United States District Court
Southern District of Texas

**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL H.G., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-400 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Miguel H.G. filed a petition for writ of habeas corpus, alleging violations of his Fifth Amendment rights and seeking release from immigration detention.  (Pet., Doc. 1)  After the development of the record, a United States Magistrate Judge recommended that the Court deny the Petition. (R&R, Doc. 7)  No party objected to the Report and Recommendation, and the deadline to do so has lapsed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 7).  It is:

**ORDERED** that Petitioner Miguel H.G.'s Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

All other pending motions are denied as moot.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on May 4, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge